**Danny Allen FAIRCHILD, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 48045.**

Missouri Court of Appeals,
Western District.

June 14, 1994.

Marcie W. Bower, Office of the State Public Defender, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SMART, P.J., and KENNEDY and ULRICH, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 24.035 motion for postconviction relief after an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).

■

**STATE of Missouri, Respondent,**

v.

**Neil H. YUNG, Appellant.**

**No. WD 48512.**

Missouri Court of Appeals,
Western District.

June 14, 1994.

James J. Wheeler, Keytesville, for appellant.

David Alan McAllister, Pros. Atty., Chariton County, Keytesville, for respondent.

Before TURNAGE, P.J., and FENNER and ELLIS, JJ.

### *ORDER*

PER CURIAM.

Appeal from convictions, after trial by jury, of driving while intoxicated and failing to drive on the right half of the roadway.

Judgment affirmed. Rule 30.25(b).